AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 1:19MJ107 | 09/18/2019 10:40 am | David Shaffer |

Inventory made in the presence of :
TFO C.L. Parks

Inventory of the property taken and name of any person(s) seized:

See attached Evidence Log dated 09-18-2019 re: Gold Ford Ranger pickup w/VA tags VYZ-6527 on Farnsworth Rd, Abingdon, VA

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

SEP 24 2019

JULIA C. DUDLEY, CLERK
BY: *[signature]*
DEPUTY CLERK

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 09/23/2019

*[signature]*
Executing officer's signature

Brian Snedeker, Special Agent
Printed name and title

Returned to me this 24th day of September, 2019.
*Pamela Meade Sargent*
USMS

Date: 09-18-2019

Location: Gold Ford Ranger pickup w/VA tags VYZ-6527 on Farnsworth Rd, Abingdon, VA

Time Search Began: 10:40am     Time Search Ended: 12:15pm     Log prepared by: TFO C.L. Parks and SA B. Snedeker

| Item # | Description | Where Found/Who Found | Evidence/Sample | Seized By | Photo |
|---|---|---|---|---|---|
| 1 | Prescription pill bottle containing small bags w/ crystalline substance | David Shaffer's shorts - right cargo pocket / CLP | Evidence | Parks | Y |
| 2 | U.S. Currency – amount undetermined but estimated at less than $1,500 | David Shaffer's shorts – right rear pocket/CLP | Photo Only | Not Seized | Y |
| 3 | Wallet | David Shaffer's shorts – right front pocket/ CLP | Photo Only | Not Seized | Y |
| 4 | Numerous small, new./unused, Ziploc-type bags | David Shaffer's shorts – left cargo pocket/CLP | Evidence | Snedeker | Y |
| 5 | Small, Ziploc-type bag containing an off-white, crystalline substance | David Shaffer's shorts – left cargo pocket/CLP | Evidence | Parks | Y |
| 6 | An open box of Ziploc-type bags | On child car seat in front passenger seat of pickup/BCS | Photo Only | Not Seized | Y |
| 7 | A black fabric case | On child car seat in front passenger seat of pickup/BCS | Photo Only | Not Seized | Y |
| 8 | Digital Scales and calibration weight | Inside Item 7/BCS | Photo Only | Not Seized | Y |
| 9 | Multiple new/unused, small, Ziploc-type bags | Inside Item 7/BCS | Photo Only | Not Seized | Y |
| 10 | Small, Ziploc-type bag containing a crystalline substance | Inside Item 7/BCS | Evidence | Parks | Y |
| 11 | Samsung smart phone | On driver's side floorboard of pickup/ BCS | Evidence | Snedeker | Y |
| 12 | Small notebook | In center console of pickup/BCS | Photo Only | Not Seized | Y |
| 13 | Kahr Arms Model CW40 .40 caliber handgun with S/N FD7416 loaded with full magazine and round in chamber | David Shaffer's shorts – inside holster inside left waistband / B. Stainker | Seized | M. Taylor | Y |
| 14 | Ziploc-type bag containing (2) more Ziploc-type bags each filled with crystalline substance | Inside cardboard box on front passenger floorboard /BCS | Seized | Snedeker | Y |